BRIDGET DONOVAN, Respondent, v. EDWARD F. DONOVAN, Appellant.

Appeal from an order of the Supreme Court, entered on the 9th day of October, 1912, adjudging defendant in contempt for failing to obey a decree of the Supreme Court, directing the payment of alimony.

PER CURIAM: The only evidence as to the demand of any specific sum is the statement of the plaintiff that on May 15, 1912, she personally demanded payment of the sum of $330 then due. As a demand is necessary to lay a foundation for a proceeding to punish for contempt the order appealed from must be modified by inserting the sum of $330 in place of $616 wherever the latter appears, and as modified is affirmed, with ten dollars costs and disbursements to the respondent. Present—Ingraham, P. J., Clarke, Scott, Miller and Dowling, JJ. Order modified as directed in opinion, and as modified affirmed, with ten dollars costs and disbursements to respondent. Order to be settled on notice.

---

THE GREENWICH SAVINGS BANK, Plaintiff, v. LOUIS SILVERMAN and Others, Defendants, Impleaded with MAX SCHLEIMER, Appellant.

*Landlord and tenant — rights of a receiver under a mortgage.*

Appeal from an order of the Supreme Court, entered on the 9th day of October, 1912, directing appellant to pay rent to receiver in an action to foreclose a mortgage.

PER CURIAM: A receiver of the rents and profits of mortgaged premises cannot resort to contempt proceedings to compel tenants of the owner to pay rent. (*American Mortgage Company* v. *Sire*, 103 App. Div. 396; *Guerrier* v. *Coleman*, 135 id. 46.) As the order appealed from can serve no purpose except to lay the foundation for contempt proceedings, it is reversed, with ten dollars costs and disbursements, and the motion is denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Miller and Dowling, JJ. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.